UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EDWARD DWIGHT CHAPIN,<br><br>           Petitioner,<br><br>     v.<br><br>KATHLEEN ALLISON WARDEN,<br><br>           Respondent. | No. SACV 10-798 JHN (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: May 3, 2012___

_____
Jacqueline H. Nguyen
United States District Judge