JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD DWIGHT CHAPIN,** | ) | Case No.  SACV 10-798-JHN (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **KATHLEEN ALLISON, Warden,** | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: May 3, 2012___

_____
Jacqueline H. Nguyen
United States District Judge